DAVID MAYES #47976-074
P.O. BOX 350
FEDERAL PRISON CAMP
BEAVER, WV 25813

TO: THE HONORABLE JUDGE VARLAN

FOR MY RE-ENTRY WILL BE AT THIS ADDRESS WITH MY SON: IVEN MAYES, 2126 SEVIERVILLE RD, MARYVILLE TN 37804. PHONE NUMBER- 865-806-0234

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

UNITED STATES,
    Plaintiff,

v.

DAVID L. MAYES,
    Defendant.

Case No. 3:14-CR-147-TAV-CCS

Reg. No. 47976-074

## MOTION FOR IMMEDIATE COMPASSIONATE RELEASE

NOW HERE COMES David L. Mayes, proceeding pro se, in a Motion for Immediate Compassionate Release pursuant to 3582(c)(1)(A) for the following "extraordinary and compelling reasons."

In light of the COVID-19 pandemic, Mr. Mayes pre-existing medical condition creates a significant risk of hospitalization, long-term health effects, and death. The BOP does not possess the health services to care for Mr. Mayes once COVID-19 sweeps like wildfire through his current housing in an open-quarters, barracks-style, high-density environment, similar to the nursing homes and the U.S.S. Roosevelt with 800 cases.

Mr. Mayes has a documented BOP Medical History of (1) Essential Hypertension, (2) Asthma, (3) Hyperlipidemia, and (4) Peripheral Vascular Disease. His documented BOP Medications are (1) Atorvastatin 10 mg, (2) Cilostazol 50 mg, (3) Albuterol Inhaler, (4) Aspirin 81 mg, (5) Duloxetine 30 mg, (6) Folic Acid 1 mg, (7) HCTZ 25 mg, (8) Lisinopril 5 mg, and (9) Mometasone Furoate Inhalent Powder.

(1)

Mr. Mayes has submitted a "Copout" to Warden D. L. Young at FPC-Beckley on 4/29/2020 Requesting Compassionate Release pursuant to 18 U.S.C. Sec. 3582(c)(1)(A) and the FIRST STEP-Act, as advised as the Administrative Remedy procedure by FPC-Beckley Staff. Mr. Mayes respectfully requests this Motion be expedited in lieu of "30-days response" in light of the "catastrophic death consequences." [Copout Copy attached]

Mr. Mayes has made an extraordinary commitment to bettering himself in the BOP, as the attach Work and Education Histories detail. [See attached]. Mr. Mayes begs this Honorable Court to be moved to safety in Home Confinement with any applicable sentence modification this Court deems appropriate.

With Great Respect,

Date: 6-15-20

David L. Mayes
David L. Mayes

Atch:
1. Medical History
2. Programming History
3. Copout to Warden D.L. Young

(2)

| TO: (Name and Title of Staff Member) Mr. Young (THE WARDEN) | DATE: 3-31-20 |
|---|---|
| FROM: DAVID MAYES | REGISTER NO.: 47976-074 |
| WORK ASSIGNMENT: ORD | UNIT: EVERGREEN |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

On March 27, 2020 President Trump signed the CARES Act into law. Within the legislation BOP authorites have the ability to release individuals to home confinement if they meet the following critieria:
1) age and medical vulnerability to COVID-19 virus
2) facility security level (camp facilites being the lowest risk)
3) conduct in prison
4) PATTERN risk assessment
5) reentry plan
6) crime of conviction

Because I meet most if not all the above listed criteria based upon the CARES Act, I am requesting that I be allowed to serve the remainder of my sentence on home confinement to protect myself from the dangerous COVID-19 virus and more importantly to protect all of society from the spread of this deadly virus.

*David Mayes*

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
PDF                Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER                **SECTION 6**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| WARDEN D.L. Young | 5-14-20 |
| FROM: DAVID MAYES | REGISTER NO.: 47976-074 |
| WORK ASSIGNMENT: ORD | UNIT: EVERGREEN |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

WARDEN Young: I RESPECTFully REQUEST Immediately COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. SEC. 3582 (c)(1)(A) FOR THE EXTROADINARY AND COMPELLING REASONS, DOCUMENTED Medical CONDITIONS AND A LONG LIST OF MEDICATIONS REPRESENTING SERIOUS PRE-EXISTING CONDITIONS WHICH, IF CONTRACTING COVID-19, MAKE ME EXTREMELY-SUSCEPTIBLE TO HOSPITALIZATION, LONG TERM HEALTH EFFECTS, AND OR DEATH. THANK YOU FOR YOUR CONSIDERATION. NOTE: MISTAKE ON MALE PATTERN SCORING NEEDS TO BE CORRECTED AND UPDATED PROPERLY.
ATTACHED DOCUMENTED MEDICATION                    David Mayes
D.O.B. - 12-10-57

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper


**Individualized Reentry Plan - Program Review (Inmate Copy)**　　SEQUENCE: 01997567
Dept. of Justice / Federal Bureau of Prisons　　Team Date: 10-16-2019
Plan is for inmate: MAYES, DAVID  47976-074

| | | | |
|---|---|---|---|
| Facility: | BEC BECKLEY FCI | Proj. Rel. Date: | 05-14-2024 |
| Name: | MAYES, DAVID | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 47976-074 | DNA Status: | PREBOP TST / 03-18-2016 |
| Age: | 61 | | |
| Date of Birth: | 12-10-1957 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | C COMP EV | CAMP COMPOUND EVENING | 09-18-2019 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | ESL HAS | ENGLISH PROFICIENT | 04-14-2016 |
| BEC | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-14-2016 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BEC | | CAMP PARENTING 9-10 | 08-13-2019 | CURRENT — AND MORE |
| BEC SCP | C | FPC JOB SKLS 9-10 | 08-13-2019 | 09-26-2019 |
| BEC SCP | C | JOB FAIR INFORMATION | 09-26-2019 | 09-26-2019 |
| BEC SCP | C | VT FORKLIFT CLASS | 09-10-2019 | 09-12-2019 |
| BEC SCP | C | ACE-START SUCCESSFUL BUSINESS | 12-12-2018 | 01-22-2019 |
| BEC SCP | C | FPC EDUCATION ACE CDL CLASS | 05-28-2019 | 06-27-2019 |
| BEC SCP | C | JOB FAIR INFORMATION | 05-02-2019 | 05-02-2019 |
| BEC SCP | C | ACE BLACK HISTORY MONTH | 02-21-2019 | 04-11-2019 |
| BEC SCP | C | FPC ACE SPANISH CLASS | 06-20-2018 | 10-09-2018 |
| BEC SCP | C | ACE TPC ELECTR ENERGY CONSERV | 09-04-2018 | 09-20-2018 |
| BEC SCP | C | AIR CREATIVE WRITING 1 FPC | 07-27-2018 | 08-31-2018 |
| BEC SCP | C | H/C SYSTEM EFFICIENCY | 07-09-2018 | 07-26-2018 |
| BEC SCP | C | ACE TPC MECHANICAL ENERGY LOSS | 07-23-2018 | 08-10-2018 |
| BEC SCP | C | ACE TPC READING ENERGY LOSSES\ | 06-25-2018 | 07-12-2018 |
| BEC SCP | C | ACE TPC ENERGY CONSERVATION | 06-11-2018 | 06-28-2018 |
| BEC SCP | C | ACE BLACK HISTORY MONTH | 02-02-2018 | 03-07-2018 |
| BEC SCP | C | ACE ARC WELDING OPER SELF STUD | 01-08-2018 | 02-01-2018 |
| BEC SCP | C | FPC EDUCATION ACE CDL CLASS | 12-15-2017 | 01-16-2018 |
| BEC SCP | C | ACE OXYGEN FUEL OPER SELF STUD | 12-11-2017 | 12-28-2017 |
| BEC SCP | C | ACE WELDING PRINC SELF STUDY | 11-06-2017 | 12-14-2017 |
| ASH | C | HIGH SCHOOL MATH REFRESHER | 07-07-2017 | 09-05-2017 |
| ASH | C | YOGA CLASS M,W & F 12P YARD | 04-15-2017 | 08-11-2017 |
| ASH | C | HEALTH FAIR | 06-29-2017 | 07-18-2017 |
| ASH | C | HISTORY OF ROCK & ROLL | 04-14-2017 | 06-15-2017 |
| ASH | C | CONVERSATIONAL SPANISH | 03-27-2017 | 06-09-2017 |
| ASH | C | HISTORY OF BASEBALL | 02-24-2017 | 06-06-2017 |
| ASH | C | (A)KEYBOARDING-CAI | 12-20-2016 | 03-20-2017 |
| ASH | C | CONSUMER FINANCE | 11-30-2016 | 02-15-2017 |
| ASH | C | (A)PERSONAL INFO SECURITY-CAI | 09-07-2016 | 12-19-2016 |
| ASH | C | (A)INTERNET FIREFOX-CAI | 09-07-2016 | 12-19-2016 |
| ASH | C | ACE-K.BURNS-NATIONAL PARKS VID | 08-05-2016 | 11-21-2016 |
| ASH | C | FCI-ACE-REVOL. WAR VIDEO SERS. | 09-02-2016 | 11-17-2016 |
| ASH | C | FCI-ACE-REAL ESTATE ESSENTIALS | 09-12-2016 | 11-17-2016 |
| ASH | C | ACE FCI AGRICULTURAL OPPORT'S | 09-12-2016 | 11-11-2016 |
| ASH | C | WORLD WAR I | 08-05-2016 | 11-08-2016 |
| ASH | C | HIGH SCHOOL GRAMMAR | 09-02-2016 | 11-07-2016 |
| ASH | C | (A)INTERNET BASICS-CAI | 06-02-2016 | 09-06-2016 |


**Individualized Reentry Plan - Program Review  (Inmate Copy)**  SEQUENCE: 01997567
Dept. of Justice / Federal Bureau of Prisons    Team Date: 10-16-2019
Plan is for inmate: MAYES, DAVID  47976-074

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ASH | C | (A)WINDOWS 7-CAI | 06-02-2016 | 09-06-2016 |
| ASH | C | VICTIM IMPACT PANEL | 08-03-2016 | 08-18-2016 |
| ASH | C | A&O WELLNESS AT RISK | 04-19-2016 | 04-23-2016 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-07-2016 |
| CARE2 | STABLE, CHRONIC CARE | 04-07-2016 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 04-12-2016 |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 04-12-2016 |
| LOWER BUNK | LOWER BUNK REQUIRED | 02-06-2019 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 06-14-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-07-2016 |
| OTHER | OTHER MEDICAL RESTRICTION | 04-12-2016 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 04-12-2016 |
| SOFT SHOES | SOFT SHOES ONLY | 02-06-2019 |
| WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 04-12-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-12-2016 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 10-02-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 05-04-2017 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 04-25-2019 |
| NR COMP | NRES DRUG TMT/COMPLETE | 07-18-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 09-26-2019 |

### FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:** **COMPLT**   FINANC RESP-COMPLETED   Start: 08-22-2019
**Inmate Decision:** **AGREED**   $100.00   Frequency: **SINGLE**
Payments past 6 months:   $0.00   Obligation Balance: $0.00

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

### Payment Details

Trust Fund Deposits - Past 6 months:  $0.00       Payments commensurate ?  N/A
New Payment Plan:   \*\* No data \*\*

### Progress since last review

Maintained satisfactory work reports and clear conduct. No social security card on file. No birth certificate on file. Did not complete Release Preparation.

### Next Program Review Goals

By next program review 04-2020, maintain satisfactory work reports and clear conduct.

### Long Term Goals

Obtain Social security card by 11-2023.
Obtain Birth Certificate by 11-2023.

# Certificate of Achievement

This certificate is awarded to

## David Mayes

for completion of SCP Beckley's
Non-Residential Drug Abuse Program
February 1, 2018 through July 19, 2018

_D. Simpson_, Drug Treatment Specialist

# Certificate of Achievement

This certificate is awarded to

## David Mayes

for completion of SCP Beckley's
Non-Residential Drug Abuse Program
October 29, 2019 through April 14, 2020

_D. Simpson_
D. Simpson, Drug Treatment Specialist

# DAVID MAYES

DOB: 12/10/1957
ID: MYER000009, MRN: 108427
PO BOX 350
Beaver, WV, 25813
*Date of service: 03/09/2020
09:05 am*

# GLOBAL VASCULAR AND WOUND CARE

Global Vascular and Wound Care
250 Stanaford Rd
Beckley, West Virginia 25801
304-255-3603 Fax: 304-255-3604

## History and Physical

### CC

This is a 62 year old Male here for F/U on F/U ABI. [Source: Patient]

### HPI

Patient is a 62 year old male who presents for follow up for PAD. He has a history of PAD with current Plavix and Pletal medical therapy. He states that he can walk around an hour now without pain. Patient reports that this is an improvement from before. He has no new complaints or concerns at this time. He reports that his blood pressure reading is a little high today. He has a history of hyperlipidemia. He has no history of CVA or DVT.

### Vitals

**BP:** 164/106 **Pulse:** 77 **Ht:** 5' 06" **Wt:** 160
**BMI:** 25.8

### Medical History

- Essential (primary) Hypertension [I10] (Active)
- Mild Intermittent Asthma - Uncomplicated [J45.20] (Active)
- Hyperlipidemia (Active)
- Peripheral Vascular Disease (Active)

*Reconciled by:* Allie Reed

### Surgical History

None or Non-Contributory.
*Reconciled by:* Allie Reed

### Social History

- Marital Status: Married
- Consumption: Tobacco (Former Smoker - 3)

*Reconciled by:* Allie Reed

### Family History

None or Non-Contributory.
*Reconciled by:* Allie Reed

### Medication

- atorvastatin 10 MG Oral Tablet
- Cilostazol 50mg Tablet  *1 tab po bid*
- Albuterol inhaler
- Aspirin 81 mg QD
- Plavix 75 mg QD
- Duloxetine 30 mg QD
- Folic acid 1 mg QD
- HCTZ 25 mg 1/2 tab po QAM
- Lisinopril 5 mg QD
- mometasone furoate 0.2 MG/ACTUAT Inhalant Powder

*Reconciled by:* Allie Reed

# MALE PATTERN RISK SCORING

| Register Number: 47976-074 | | | Date: 12/10/19 | | |
|---|---|---|---|---|---|
| Last Name: MAYES | | First: David | | Middle: | |
| MALE RISK ITEM SCORING | CATEGORY | GENERAL RECIDIVISM SCORE | Enter General Score | VIOLENT RECIDIVISM SCORE | Enter Violent Score |
| 1. Current Age | > 60 | 0 | 0 | 0 | 0 |
| | 51 - 60 | 6 | | 3 | |
| | 41 – 50 | 12 | | 6 | |
| | 30 – 40 | 18 | | 9 | |
| | 26 – 29 | 24 | | 12 | |
| | < 26 | 30 | | 15 | |
| 2. Age at First Conviction | > 34 | 0 | 4 | 0 | 2 |
| | 25 – 34 | 4 | | 2 | |
| | 18 – 24 | 8 | | 4 | |
| | < 18 | 12 | | 6 | |
| 3. Walsh W/Conviction | No | 0 | 0 | 0 | 0 |
| | Yes | 1 | | 1 | |
| 4. Violent Offense (PATTERN Violence) | No | 0 | 0 | 0 | 0 |
| | Yes | 4 | | 5 | |
| 5. Severity of Current Offense | Lowest | 0 | 0 | 0 | 3 |
| | Low/Moderate | 0 | | 1 | |
| | Moderate | 0 | | 3 | |
| | High | 0 | | 5 | |
| | Greatest | 0 | | 7 | |
| 6. Criminal History Points | 0 – 1 Points | 0 | 18 | 0 | 6 |
| | 2 – 3 Points | 6 | | 2 | |
| | 4 – 6 Points | 12 | | 4 | |
| | 7 – 9 Points | 18 | | 6 | |
| | 10 – 12 Points | 24 | | 8 | |
| | ≥ 12 Points | 30 | | 10 | |
| 7. History of Escapes | None | 0 | 2 | 0 | 1 |
| | ≥ 10 Years Minor | 2 | | 1 | |
| | 5 – 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor or Any Serious | 6 | | 3 | |
| 8. Voluntary Surrender | No | 0 | 0 | 0 | 0 |
| | Yes | -12 | | -3 | |

| | | | General | | Violent |
|---|---|---|---|---|---|
| 9. History of Violence | None | 0 | 1 | 0 | 1 |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 – 10 Years Minor | 3 | | 3 | |
| | 10 – 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 – 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| 10. Drug Program Status | No DAP Completion | 0 | 0 | 0 | 0 |
| | Completed NRDAP | -2 | | -1 | |
| | Completed RDAP | -4 | | -2 | |
| | No Need | -6 | | -3 | |
| 11. All Incident Reports (120 months) | 0 | 0 | 0 | 0 | 0 |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| 12. Serious Incident Reports (120 months) | 0 | 0 | 0 | 0 | 0 |
| | 1 | 3 | | 2 | |
| | 2 | 6 | | 4 | |
| | > 2 | 9 | | 6 | |
| 13. Programs Completed (Parenting, Technical, ACE, Vocational) | 0 | 0 | -12 | 0 | -4 |
| | 1 | -3 | | -1 | |
| | 2 – 3 | -6 | | -2 | |
| | 4 – 10 | -9 | | -3 | |
| | > 10 | -12 | | -4 | |
| 14. Tech/Voc Programs | 0 | 0 | 0 | 0 | 0 |
| | 1 | -1 | | 0 | |
| | > 1 | -2 | | 0 | |
| 15. Drug Education | No | 0 | -1 | 0 | -1 |
| | Yes | -1 | | -1 | |
| Total Score (sum of columns) | | General: | 12 | Violent: | 8 |
| General/Violent Risk Levels | | General: | Low | Violent: | Minimum |
| OVERALL PATTERN RISK LEVEL | | Low | | | |

**Print Form**     **Clear Form**

**DAVID MAYES**
DOB: 12/10/1957
ID: MYER000009, MRN: 108427
PO BOX 350
Beaver, WV, 25813
*Date of service: 03/09/2020*
*09:05 am*

**GLOBAL VASCULAR AND WOUND CARE**
Global Vascular and Wound Care
250 Stanaford Rd
Beckley, West Virginia 25801
304-255-3603 Fax: 304-255-3604

## POC

- 93922 Upr/l xtremity art 2 levels 1 view ( @10:13 on 03/09/2020 )
  - *comments:* ABI ULTRASOUND

    ------------------------
    RT BRACHIAL PRESSURE: 140
    LT BRACHIAL PRESSURE: 140
    RT ANKLE PRESSURE: 157
    LT ANKLE PRESSURE: 112
    RT ABI: 1.12
    LT ABI: 0.80

    ----
    INTERPRETATION: Normal right ABI. Moderate arterial insufficiency of left lower extremity.
    ----
    Herbert Oye, DO, FACOS, RPVI

- 99213 Office/outpatient visit est ( @10:14 on 03/09/2020 )
  - *unit(s):* 1
  - *details:*
    ABI study was performed today. Discussed the results with the patient. Advised patient that his left ABI reading is lower today because his brachial pressure is higher today than it was at last visit (ankle pressure is divided by brachial pressure to obtain ABI). Patient was told to continue with Plavix and Pletal medical therapy. Patient given the opportunity to discuss the treatment plan. Patient verbalized understanding.

    Time spent with patient: 25 Minutes

## Assessment

1. Peripheral Vascular Disease - Unspecified [I73.9] - *established diagnosis, stable*
2. Cramp And Spasm [R25.2] - *established diagnosis, stable*
3. Long Term (current) Use Of Antithrombotics/antiplatelets [Z79.02] - *established diagnosis, stable*
4. Long Term (current) Use Of Anticoagulants [Z79.01] - *established diagnosis, stable*

#47976-074
FCI - Beckley
Mayes, David
FCI - Beckley

Beckley ARH
306 Stanaford Rd
Beckley, WV 25801

Magnetic Resonance Report
Signed

Patient: Mayes, David
DOB: 12/10/1957
Age/Sex: 62 / M
Loc: AH.MRI
Attending Dr: Dominick H. McLain DO

Enterprise#: E01271767
MR#: AZ00001780
Acct: AH2000069183
ADM Date: 12/12/19

Ordering Physician: Dominick H. McLain, DO
Date of Service: 12/12/19
Procedure(s): MRI lumbar spine wo con
Accession Number(s): A0000453386

cc: Dominick H. McLain, DO~

MRI LUMBAR SPINE WITHOUT IV CONTRAST

Clinical Indication: Lower back and left leg pain.

No previous study for comparison.

TECHNIQUE;

T1 and T2 sequences with and without fat saturation were utilized in acquiring sagittal images with axial images acquired with T1 and T2 weighted technique.

FINDINGS;

The lumbar spine maintains its anatomic lordosis with grade 1 retrolisthesis of L5 on S1.
The lumbar vertebral bodies are normal in height and no abnormal bone marrow signal characteristics and demonstrated at any level.
The conus ends at T12-L1 level without evidence of lipoma or tethering.
Neural foraminal narrowing, moderate to severe on the right and moderate on the left at L2-3 level, moderate on the right and severe on the left at L3-L4 level, mild on the right and moderate on the left at L4-L5 level, and mild to moderate bilaterally at L5-S1 level.
Discogenic degenerative changes, mild at L3-L4 level and moderate at L4-L5 and L5-S1 levels. Mild diffuse disc bulging at L4-L5 and L5-S1 levels.
Mild to moderate spinal canal stenosis at L2-L3 level. Mild posterior facet joint degenerative changes, on the left at L3-L4 level and on the right at L4-L5 and L5-S1 levels. The sacroiliac joint is grossly unremarkable bilaterally.
No evidence of arachnoiditis.
No significant pre or paravertebral soft tissue abnormality.

IMPRESSION:

1. Grade 1 retrolisthesis of L5 on S1.
2. Neural foraminal narrowing, moderate to severe on the right and moderate on the left at L2-3 level, moderate on the right and severe on the left at L3-L4 level, mild on the right and moderate on the left at L4-L5 level, and mild to moderate bilaterally at L5-S1 level.
3. Discogenic degenerative changes, mild at L3-L4 level and moderate at L4-L5 and L5-S1 levels.
4. Mild to moderate spinal canal stenosis at L2-L3 level.
Imaging 1213-00738

David Mayes #47976-074
P.O. Box 350
Federal Prison Camp
Beaver, WV 25813

The Honorable Judge:
Thomas A. Varlon
Eastern District of Tenn.
U.S. District Court
Clerk of Circuit
800 Market St. Suite 13
Knoxville, TN 37902

INSPECTED

RECEIVED
JUN 19 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813

DATE 6-15-20

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.